UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                          Plaintiff,<br><br>             -vs.-<br><br>JOHN DOE subscriber assigned IP address 24.104.252.172,<br><br>                          Defendant. | 18 CV 2648 (VEC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that defendant JOHN DOE hereby moves this Court, pursuant to Fed. R. Civ. P. 45(d)(3) and this Court's prior Order dated June 26, 2018 (Docket No. 10) and Memorandum Order dated September 12, 2018 (Docket No. 15), to quash the Subpoena issued by plaintiff STRIKE 3 HOLDINGS, LLC to non-party Charter Communications Inc./Spectrum dated June 29, 2018.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Memorandum Order dated September 12, 2018, plaintiff's responding papers are to be filed and served by October 10, 2017, and defendant's reply papers by October 17, 2018.

Dated: September 26, 2018

**BARTON LLP**

By: _____
     Maurice N. Ross
     Randall L. Rasey

420 Lexington Avenue, 18th Floor
New York, NY 10170
(212) 687-6262
mross@bartonesq.com
rrasey@bartonesq.com
*Attorneys for Defendant*

TO:    Jacqueline M. James, Esq.
**THE JAMES LAW FIRM, PLLC**
445 Hamilton Avenue, Suite 1102
While Plains, NY  10601
(914) 358-6423
jjameslaw@optonline.net
*Attorneys for Plaintiff*