# EXHIBIT A

STRIKE 3 HOLDINGS LLC'S "JOHN DOE" LAWSUITS IN THE SOUTHERN DISTRICT OF NEW YORK

| CASE NAME | STATUS | AOS/ WAIVER |
|---|---|---|
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-08957-ER; | 5/4/18 -Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-08958-AT-BCM; | 8/24/18 - Certificate of Default filed | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-09654-AT; | 6/12/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-09655-ALC; | 7/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-09656-LGS; | 5/21/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-09657-PGG; | 5/24/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:17-cv-09659-VEC; | 6/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:17-cv-09666-CS; | 7/26/18 - Notice of Voluntary Dismissal - Case Terminated | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00469-NRB; | 6/11/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00470-WHP; | 7/18/18 - Notice of Voluntary Dismissal - Case Terminated | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00471-VSB; | 8/22/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00472-DLC; | Settlement Conference scheduled for 12/13/18 | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00473-LTS-SDA; | 7/3/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00475-VSB; | 8/22/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00476-PGG; | 6/12/18 - Motion to Quash Subpoena - Case Pending | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00479-JGK; | 6/4/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00480-WHP; | 4/16/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00481-VSB; | 8/28/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-00482-GBD; | 4/16/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01576-VEC; | 5/21/18 - Order granting time until 10/13/18 - Case Pending | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01580-KPF; | 6/12/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01581-ALC; | 6/21/18 - Notice of Voluntary Dismissal - Case Terminated | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01583-WHP; | 6/25/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01585-KPF; | 9/5/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01587-VSB; | 9/20/18 - Letter Motion filed to extend time - Case Pending | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01588-JFK; | 5/24/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01590-DLC; | 5/21/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01592-DLC; | 9/5/18 - Notice of Voluntary Dismissal - Case Terminated | Yes |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01594-NRB; | 7/27/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01596-JPO; | 9/5/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01597-RJS; | 5/14/18 - Notice of Volunatry Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01599-JFK; | 5/21/18 - Notice of Settlement - Case Terminated | No |

DEFENDANT'S EXHIBIT A

STRIKE 3 HOLDINGS LLC'S "JOHN DOE" LAWSUITS IN THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01602-RWS; | 7/3/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01606-WHP; | 6/20/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01609-VEC; | 9/14/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-01613-LAP; | 6/25/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02648-VEC; | 9/12/18 - Motion for Ext. of Time to 10/17/18 - Case Pending | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02649-JGK; | 6/4/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02650-LGS; | 8/22/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02651-AJN; | 7/13/18 - Conference adjourned to 10/26/18 - Case Pending | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02652-AT; | 9/5/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02653-GHW; | 6/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02654-DLC; | 7/30/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02656-KBF; | 6/26/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02657-ALC; | 7/3/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02659-KBF; | 6/20/18 - Notice of Settlement - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 1:18-cv-02661-NRB; | 7/30/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01473-KMK; | 5/20/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01474-KMK; | 5/20/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01475-NSR; | 6/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01476-KMK; | 5/29/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01479-NSR; | 8/15/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01480-KMK; | 6/18/18 - Notice of Vountary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01481-CS; | 9/10/18 - Notice of Settlement - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01482-CS; | 8/8/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01483-VB; | 7/3/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01484-VB; | 7/26/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01485-NSR; | 6/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01486-NSR; | 6/1/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01487-KMK; | 7/26/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01488-NSR; | 6/18/18 - Notice of Voluntary Dismissal - Case Terminated | No |
| Strike 3 Holdings, LLC v. Doe; Case No. 7:18-cv-01489-VB. | 6/20/18 - Notice of Voluntary Dismissal - Case Terminated | No |

DEFENDANT'S EXHIBIT A