# EXHIBIT C

Case 1:18-cv-02648-VEC Document 17-3 Filed 09/26/18 Page 2 of 9
Case 2:17-cv-01731-TSZ Document 21-24 Filed 03/08/18 Page 2 of 28
The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 73.225.38.130,<br><br>Defendant. | Case No.: 2:17-cv-01731-MJP<br><br>**DECLARATION OF DAVID A. JACKSON, II, PRIVATE DETECTIVE, d/b/a SHADES SERVICES, INC.** |

[Remainder of page intentionally left blank]

1

DECLARATION OF DAVID A. JACKSON, II

I, David A. Jackson, II, d/b/a Shades Services, Inc. do hereby state and declare as follows:

1. My name is David A. Jackson, II. I am over the age of 18 and am otherwise competent to make this declaration.
2. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.
3. I am a licensed private detective and I own and operate Shades Services, Inc. under Illinois license number 117-000844.
4. On March 7, 2018, I was retained by attorney J. Curtis Edmondson to conduct an investigation concerning a declaration by Susan B. Stalzer that was executed on November 20, 2017 and previously filed in the above captioned case.
5. I conducted research into Susan B. Stalzer (Stalzer) and determined that she is a licensed real estate professional in Illinois under license number 475143326.
6. I also determined that Stalzer currently works out of the Baird and Warner real estate office located at 962 Randall Road, St Charles, Illinois 60174.
7. I conducted a skip tracer on Stalzer and determined that her home address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and her cellular telephone number is ▓▓▓▓▓▓▓▓
8. On March 7, 2018 at 2:20 pm, I arrived at the above mentioned Baird and Warner real etate office and requested to speak to Stalzer. The receptionist, Ann Dyon, stated that Stalzer was out of the office at a doctor's appointment. I then left a copy of Stalzer's November 20, 2017 decarlation, my business card and a note requesting a return call for Stalzer enclosed in an envelope addressed to Stalzer with the receptionist.
9. On March 7, 2018 at 2:40 pm, I arrived at above mentioned home address for Stalzer and there was no answer to the doorbell. I left another copy of Stalzer's November 20, 2017 declaration, my business card and a note requesting a return call for Stalzer enclosed in an envelope addressed to Stalzer in the mailbox.
10. At 2:43 pm, I called Stalzer on her cellular phone and she answered the call. I identified myself by name and profession, and I informed Stalzer that I have been retained by the Edmondson law firm to interview her regarding the previously mentioned declaration filed in the above captioned Strike 3 Holdings, LLC case.
11. During my telephone conversation with Stalzer she admitted that she executed the November 20, 2017 declaration, but she declined my request for an interview and she declined to answer any further questions until she received permission from her contact(s) at Strike 3 Holdings, LLC.

12. Stalzer also declined to identify the name of the person or persons at Strike 3 Holdings, LLC from whom she would seek authorization to submit to the interview with this investigator.

13. Further, Stalzer confirmed that she holds a real estate license and she stated that she does not have a private detective license.

14. At the conclusion of the cellular phone call I thanked Stalzer for her time and cooperation, and I informed her that I would await her return call once she received authorization to submit to an interview with this investigator from Strike 3 Holdings, LLC.

## DECLARATION

**PURSUANT TO 28 U.S.C. SEC. 1746,** I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March, 2018.

David A. Jackson, II

By: /s/ David A. Jackson, II

3

DECLARATION OF DAVID A. JACKSON, II

eLicense Online

https://ilesonline.idfpr.illinois.gov/DFPR/Lookup/LicenseLookup.aspx

Case 1:18-cv-02648-VEC Document 173 Filed 09/26/18 Page 5 of 9
Case 2:17-cv-01731-TSZ Document 21-24 Filed 03/08/18 Page 5 of 28

| Name | License Status | Credential | City/State | Original Issue Date | Current Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| No records found for the criteria entered. | | | | | | |

## Search for a License

Search Criteria

| | |
|---:|---|
| ** License Type: | COSMO<br>COUNSELOR, PROF<br>DENTAL<br>DESIGN FIRM<br>DETECT. DECEPTION<br>DETECTIVE BOARD |
| License Status: | ACTIVE LICENSES ONLY |
| License Number: | |
| Legal Business Name: | |
| Doing Business As: | |
| First Name: | Susan |
| Last Name: | Stalzer |
| City: | |
| State: | Illinois |
| County: | KANE |
| Zip: | |

https://secure.accurint.com/app/bps/report

Case 1:18-cv-02648-VEC Document 17-3 Filed 09/26/18 Page 16 of 98
Case 2:17-cv-01731-TSZ Document 21-24 Filed 03/08/18 Page 18 of 18

**Firearms and Explosives:**
 [None Found]

**DEA Controlled Substances:**
 [None Found]

**Source Information:**

| | |
|---|---|
| All Sources | 214 Source Document(s) |
| Driver Licenses | 4 Source Document(s) |
| Motor Vehicle Registrations | 2 Source Document(s) |
| Person Locator 1 | 5 Source Document(s) |
| Voter Registrations | 4 Source Document(s) |
| PhonesPlus Records | 4 Source Document(s) |
| Phone | 3 Source Document(s) |
| Historical Person Locator | 77 Source Document(s) |
| Person Locator 2 | 1 Source Document(s) |
| Deed Transfers | 12 Source Document(s) |
| Tax Assessor Records | 51 Source Document(s) |
| Utility Locator | 2 Source Document(s) |
| Person Locator 4 | 1 Source Document(s) |
| Person Locator 5 | 29 Source Document(s) |
| Person Locator 6 | 19 Source Document(s) |

Sue Stalzer | LinkedIn    https://www.linkedin.com/in/sue-stalzer-67881133/

Case 1:18-cv-02648-VEC   Document 17-3   Filed 09/26/18   Page 7 of 9
Case 2:17-cv-01731-MSZ   Document 21-3   Filed 03/08/18   Page 2 of 4

**Are You A Lawyer? -** Apply Now & See If You Qualify To Join An Elite Network of Professionals. Ad …

Contact and Personal Info
Sue's Profile and Websites
Show more

Promoted
Are You A Lawyer?
Join An International Network Of Top Business Professionals. Apply Now.
Learn more

Full TM Search $129
Markify US Full Trademark Search report. Federal, State & Common law.
Learn more

Are You an Attorney?
We need more attorneys in your area. Apply now for membership.
Learn more

Sue Stalzer • 3rd
Partner at Stalzer & Gavanes ~ Baird & Warner
Baird & Warner  •  Oakland University
Greater Chicago Area  •  429

Message

Specializing in residential real estate sales. Serving the western suburbs of Chicagoland. Whether you're buying, selling, relocating, moving up, downsizing, or just want a change, Stalzer & Gavanes can help!

People Also Viewed


Marla Schneider • 3rd
Realtor at Coldwell Banker Residential Brokerage


Renee Naffziger • 3rd
Branch Manager at Baird & Warner


Kimberly Kissel • 3rd
Broker REALTOR® ~ Century 21 Affiliated


Renee Martin Anderson • 3rd
Realtor - Baird & Warner


Julie Shannon Brown • 3rd
Agent/Broker for Baird & Warner


Heather Davern • 3rd
Licensed Realtor at Baird & Warner / Freelance Media Professional


Billy Rowe • 3rd
Exclusively Helping Salon/Spa Owners Save Money On Taxes & Increase Profits


Vicki Koeune
Real Estate Broker at Berkshire Hathaway HomeServices


Dorothy Kolschowsky • 3rd
Real Estate Broker


Jane Fiore • 3rd
Marketing and Sponsorship Professional

## Experience


**Partner Stalzer & Gavanes~Licensed Realtor**
Baird & Warner
Dec 2016 – Present  •  1 yr 4 mos
St. Charles, IL

Serving the western suburbs of Chicagoland. Whether buying or selling, relocating, downsizing, moving up or just looking for a change, we can help!


**Team GTS- Gavanes/Turriff/Stalzer**
Baird & Warner
Jan 2015 – Present  •  3 yrs 3 mos

In January of 2015, I formed a team with two other outstanding brokers, Anne Gavanes, and Tod Turriff. Together we have more than 20 years of real estate experience. We each bring unique qualities to this partnership and the combination has been outstanding. Between the three of us, we can meet our clients needs and commit to continue to give exceptional service to our clients in every capacity in the course of their real estate transactions.


**Realtor**
Baird & Warner
Mar 2011 – Present  •  7 yrs 1 mo

Working with buyers, sellers and investors to negotiate the best possible deals for my clients

**PTO President**
Bell Graham Elementary
Jun 2013 – Jun 2015  •  2 yrs 1 mo

Oversee the business of the PTO, including delegating responsibilities, running business meetings, setting budgets, conflict resolution, chairing fundraising events


**PTA Board**
Rochester Community Schools
2004 – 2007  •  3 yrs

Managed a large volunteer organization. Serve on regional PTA council, and advisory board to the school district. Responsible for fundraisers, bringing in over $40,000 for our school. Working

Learn the skills Sue has

Pitching to Investors
Viewers: 45,209

Persuasive Selling
Viewers: 34,987

The Science of Sales

1  Messaging

collectively with administrators to determine enrichment opportunities for students.

**Adjunct Faculty**
Frederick Community College
1997 – 1999 • 2 yrs

Taught composition and literature classes. Served on Admissions Advisory Committee

Show less ∧

### Education

**Oakland University**
B.A., M.A., English
1991 – 1997

Graduated with honors, worked as a teaching assistant throughout my master's program.

**Hollins University**
1986 – 1987

### Featured Skills & Endorsements

Sellers · 27    Endorsed by **Larry. Smith**, who is highly skilled at this
                Endorsed by **3 of Sue's colleagues at Baird & Warner**

Investors · 21    **Nick Laterza and 20 connections** have given endorsements for this skill

Buyer Representat... · 13    Endorsed by **Dominic Galto**, who is highly skilled at this

Show more ∨

### Recommendations

**Received (1)**    Given (1)

**Michelle Langworthy**
Senior Designer + Photographer
May 17, 2013, Michelle was a client of Sue's

Sue Stalzer is a consummate professional - and an incredible asset in the real estate market. My husband and I were looking for a realtor to help relocated our growing family to St. Charles / Geneva from the city and Sue went so far above and beyond in helping us find our perfect fit. She was unbiased, informative, thoughtful and incredibly hardworking. She worked with our less than convenient schedule, and didn't bat an eyelash when our financial circumstances suddenly turned us from home buyers to renters. She found us our perfect temporary solution until we're able to get back into the home buying market.

I wish the rest of my city friends would move out this way so that I could refer them to Sue!

### Accomplishments

**3  Organizations**
Illinois Association of Realtors  •  National Association of Realtors  •  Realtor Association Of The Fox Valley

Promoted ⋯

Marksmen Brand Protection
Worldwide Intellectual Property Investigations & Acquisitions. Learn more:

MBA for Executives
Earn a full-powered MBA in 2 years from Wharton. Learn more today.

Paralegal Master's
Designed For Working Professionals. 100% Online. Get More Info Now!

See more courses

1  Messaging

Sue Stalzer | LinkedIn                                                                                             https://www.linkedin.com/in/sue-stalzer-67881133/



1   Messaging