# EXHIBIT J

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.170.214.219, <br><br> Defendant. | Case Number: 4:18-cv-02019-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, Plaintiff, Strike 3 Holdings, LLC, hereby accepts Defendant's Offer of Judgment served on Plaintiff on September 14, 2018. A true and correct copy of Defendant's Offer of Judgment is attached hereto as Exhibit A, and Plaintiff respectfully requests the Court enter an Order of Judgment in accordance with the provisions of Fed. R. Civ. P. 68(a).

Dated: September 20, 2018

Respectfully submitted,

By: _____
Lincoln D. Bandlow, Esq.

FOX ROTHSCHILD LLP
*Attorney for Plaintiff*

# EXHIBIT A

Case 1:18-cv-02648-VEC   Document 31-1   Filed 09/20/18   Page 3 of 4

1  OTTO O. LEE (SBN 173987)
   olee@iplg.com
2  KEVIN VIAU (SBN 275556)
   kviau@iplg.com
3  LEILA N. SOCKOLOV (SBN 282946)
   lsockolov@iplg.com
4  JENNY HONG-GONZALEZ (SBN 297039)
   jhonggonzalez@iplg.com
5  INTELLECTUAL PROPERTY LAW GROUP LLP
6  12 South First Street, 12th Floor
   San Jose, California 95113
7  Telephone: (408) 286-8933
8  Facsimile: (408) 286-8932

9  Attorneys for Defendant JOHN DOE subscriber assigned IP address 67.170.214.219

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| STRIKE 3 HOLDINGS, LLC, | Case No.: 4:18-CV-02019-YGR |
|---|---|
| Plaintiff, | **OFFER OF JUDGMENT** |
| v. | [FRCP 68] |
| JOHN DOE subscriber assigned IP address 67.170.214.219, | |
| Defendant. | |

Defendant JOHN DOE subscriber assigned IP address 67.170.214.219 hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of plaintiff Strike 3 Holdings, LLC against defendant JOHN DOE subscriber assigned IP address 67.170.214.219 in the sum of $14,001 which sum shall include all costs otherwise recoverable in this action.

- 1 -

Case No.: 4:18-cv-02019
OFFER OF JUDGMENT

- 2 -

| | |
|---|---|
| Dated: September 14, 2018 | By:     */s/ Otto O. Lee* <br> Otto O. Lee, Esq. <br> Kevin Viau, Esq. <br> Leila N. Sockolov, Esq. <br> Jenny Hong-Gonzalez, Esq. <br> INTELLECTUAL PROPERTY LAW GROUP LLP <br> 12 South First Street, 12th Floor <br> San Jose, California 95113 <br> Telephone: (408) 286-8933 <br> Facsimile: (408) 286-8932 <br> *Attorneys for Defendant John Doe* |

Case No.: 4:18-cv-02019
OFFER OF JUDGMENT

# CERTIFICATE OF SERVICE

I certify that on September 14, 2018, I electronically served a copy of the foregoing OFFER OF JUDGMENT to attorneys for Plaintiff, to the following recipient:

Lincoln D. Bandlow, Esq.
Fox Rothschild, LLP
10250 Constellation Blvd., Suite 900 Los Angeles, CA 90067
Email: LBandlow@foxrothschild.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 14, 2018        By:     */s/ Leila N. Sockolov*
                                         Leila N. Sockolov