# BARTON

**RANDALL L. RASEY**
**DIRECT: 212.885.8822**
RRASEY@BARTONESQ.COM

November 26, 2018

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square, Room 240
New York, NY  10007

**ATTORNEYS AT LAW**

Graybar Building
420 Lexington Avenue
18th Floor
New York, NY 10170

(212) 687.6262   Office
(212) 687.3667   Fax

bartonesq.com

Re:   *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 24.104.252.172*, 18-CV-2648 (VEC) – Defendant's Motion to Quash Subpoena

Dear Judge Caproni:

Our law firm represents the anonymous "John Doe" defendant in the above-referenced action.  Defendant's motion to quash plaintiff Strike 3 Holdings, LLC's ("Strike 3") subpoena to defendant's Internet Service Provider ("ISP") to discover defendant's identity and address was fully briefed as of October 17, 2018, and remains pending.

I respectfully write to bring to the Court's attention a recent decision from the District of the District of Columbia issued on November 16, 2018 in a substantially similar case, *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.180.154.14*, 18-CV-1425 (RCL), a copy of which is enclosed herewith.  In the enclosed decision, Judge Royce C. Lamberth denied Strike 3's *ex parte* motion to subpoena that John Doe's ISP, based on arguments which we've raised in defendant's motion to quash in this case.

Thank you for the Court's consideration.

Respectfully,

Randall L. Rasey

Enclosure
cc:   (by email w/ enclosure)
      Jacqueline M. James, Esq., jjameslaw@optonline.net,  *Attorney for Plaintiff*
      Maurice N. Ross, Esq.

00302713.3