UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 24.104.252.172,<br><br>               Defendant. | Civil Action No. 1:18-cv-02648-VEC |

**JOINT NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 24.104.252.172 ("Defendant") through his counsel, Randall L. Rasey, Esq. Pursuant to the terms of the parties' settlement agreement, Defendant's executor obligations should be satisfied by May 31, 2020. Upon satisfaction of the terms of said settlement agreement, Plaintiff and Defendant will stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 31, 2020          Respectfully submitted,

By:   /s/ *Jacqueline M. James*  
Jacqueline M. James, Esq. (CT29991)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

By:   /s/ *Randall L. Rasey*  
Randall L. Rasey, Esq
Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017
T: 212-687-6262
F: 212-687-3667
E-mail: rrasey@bartonesq.com
*Attorneys for Defendant*

## STATEMENT OF CONSENT

I attest that consent to the filing of the document has been obtained from counsel for Defendant John Doe, subscriber assigned IP address 24.104.252.172.

Dated:  March 31, 2020 　　　　　　　　　By: /s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　　　　　By: /s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq.